# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**ABIGAIL CARILUS,**

    Plaintiff,

v.                                           Case No. 5:24-cv-546-JA-PRL

**UNITED WHOLESALE MORTGAGE, LLC,**

    Defendant.

## ORDER

Upon consideration of the Motion for Sanctions (Doc. 39) and the Motion to Appear Virtually (Doc. 40) filed by Defendant, it is **ORDERED** that both motions are **DENIED without prejudice** for failure to comply with Middle District of Florida Local Rule 3.01(g).

**DONE and ORDERED** on January 13th, 2026.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record